IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Beyond Question Learning Technologies, Inc., | ) | C/A: 3:11-2035-JFA |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Smartroom Learning Solutions, Inc., | ) | |
| Defendant. | ) | |

This case was recently reassigned to the undersigned United States District Judge from another Judge. This court's schedule will not permit this case to be tried during the term of court called for under the existing scheduling order. For this reason, the trial date for this case is hereby continued until the January 2013 term of court.

In regard to the summary judgment motion now pending, the plaintiff's deadline to reply to the defendant's opposition to the summary judgment motion is hereby extended by twenty days.

IT IS SO ORDERED.

September 14, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1